| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David W. Stebbins** | Social Security number or ITIN  **xxx–xx–9854** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13  3/10/20 |
| Case number: | 20–20905–CMB | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David W. Stebbins | |
| 2. | **All other names used in the last 8 years** | fdba Arrowhead Lodgings | |
| 3. | **Address** | 1100 Love Street<br>Pittsburgh, PA 15218 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/27/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 22, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/21/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/19/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/8/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/22/20** at **01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 20-20905-CMB
David W. Stebbins                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 2              Date Rcvd: Mar 27, 2020
                              Form ID: 309I           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
```
db            +David W. Stebbins,    1100 Love Street,    Pittsburgh, PA 15218-1157
aty           +David W. Raphael,    First National Bank,    100 Federal Street - 4th Floor,
                Pittsburgh, PA 15212-5711
aty           +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1945
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr            +First National Bank of Pennsylvania,    100 Federal Street,    Pittsburgh, PA 15212-5708
15214793      +AmeriHome Mortgage,    Po Box 77404,    Ewing, NJ 08628-6404
15214794      +AmeriHome Mortgage,    1 Baxter Way,    Suite 300,    Thousand Oaks, CA 91362-3888
15214795      +Barnett Township Tax Collector,    150 Route 899,    Clarington, PA 15828-2224
15214796      +Burford & Henry Realty,    10189 US Route 322,    Shippenville, PA 16254-8651
15214797      +Chase Mortgage,    700 Kansas Lane,    Monroe, LA 71203-4774
15214798       Chase Mortgage,    Chase Records Center/Attn: Correspondenc,    Mail Code LA4 5555   700 Kansas Ln,
                Monroe, LA 71203
15214799       City & School District of Pittsburgh,    Treasurer - City of Pgh.,    414 Grant Street,
                Attn: Bankruptcy,    Pittsburgh, PA 15219-2476
15214800      +Clarion County Tax Claim Bureau,    330 Main Street, Room 101,    Clarion, PA 16214-1073
15214803      +Economy Borough Municipal Authority,    2860 Conway-Wallrose Road,    Baden, PA 15005-2396
15214804       Farmington Township,    c/o Nancy Ochs,    PO Box,    Lucinda, PA 16235
15214805      +First National Bank,    4140 E State Street,    Hermitage, PA 16148-3401
15214806      +First National Bank,    Attn: Bankruptcy,    4140 East State Street,    Hermitage, PA 16148-3401
15214807      +First United National Bank,    400 Liberty Street,    Clarion, PA 16214-1011
15214809      +Jefferson County Tax Claim Bureau,    200 Main St # B02,    Brookville, PA 15825-1271
15214810      +Jo Wheeler Landscaping,    1238 Love Street,    Pittsburgh, PA 15218-1120
15214811       Mark Cassata,    314 Pennsylvania Ave,    Irwin, PA 15642-3542
15214812      +Millvale Mutual Insurance Co.,    PO Box 170,    Millville, PA 17846-0170
15214813      +Peoples Natural Gas Company,    375 North Shore,    Bankruptcy Division,
                Pittsburgh, PA 15212-5866
15214815      +Quest Diagnostics,    c/o Patient Bankruptcy Services,    PO Box 740775,
                Cincinnati, OH 45274-0775
15214816      +William & Carol Logsdon,    1106 Love Street,    Pittsburgh, PA 15218-1157
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: julie.steidl@steidl-steinberg.com Mar 28 2020 03:47:00     Kenneth Steidl,
                Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA  15219
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:50:07     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 28 2020 03:50:19
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2020 03:50:54     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15214792      +EDI: GMACFS.COM Mar 28 2020 07:18:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                Bloomington, MN 55438-0901
15214791      +EDI: GMACFS.COM Mar 28 2020 07:18:00      Ally Financial,    P.o. Box 380901,
                Bloomington, MN 55438-0901
15214801       EDI: DISCOVER.COM Mar 28 2020 07:23:00      Discover Financial,    Pob 15316,
                Wilmington, DE 19850
15218641       EDI: DISCOVER.COM Mar 28 2020 07:23:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
15214802      +EDI: DISCOVER.COM Mar 28 2020 07:23:00      Discover Financial,    Attn: Bankruptcy,
                Po Box 3025,    New Albany, OH 43054-3025
15214814       E-mail/Text: BankruptcyMail@questdiagnostics.com Mar 28 2020 03:51:04     Quest Diagnostics,
                PO Box 7302,    Hollister, MO 65673-7302
                                                                                                TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15214808*     +First United National Bank,    400 Liberty Street,    Clarion, PA 16214-1011
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: nsha                  Page 2 of 2                  Date Rcvd: Mar 27, 2020
                                  Form ID: 309I               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               raphaeld@fnb-corp.com
              Kenneth Steidl    on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```