IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 20-20905-CMB |
| | ) | |
| David W. Stebbins, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | Hearing Date & Time: |
| | ) | |
| First National Bank of Pennsylvania, | ) | **Telephonic Only** |
| | ) | **June 3, 2020 at 10:00 a.m.** |
| Movant, | ) | Courtroom B on the 54th Floor of the |
| | ) | U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA |
| vs. | ) | 15219 |
| | ) | |
| David W. Stebbins, Debtor; and Ronda J. | ) | Response Deadline: |
| Winnecour, Chapter 13 Trustee; | ) | |
| | ) | **May 11, 2020** |
| Respondents. | ) | |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY AS TO YEAR 2013 MITSUBISHI OUTLANDER MOTOR VEHICLE**

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **May 11, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **June 3, 2020 at 10:00 a.m.** before Judge Carlota M. Böhm.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date:  April 20, 2020                    By:      /s/ David W. Raphael
                                              David W. Raphael, Esquire
                                              Pa ID No. 200598
                                              Attorney for First National Bank of Pennsylvania
                                              100 Federal Street
                                              Pittsburgh, PA 15212
                                              raphaeld@fnb-corp.com