JEFFERSON COUNTY
TAX CLAIM BUREAU
200 MAIN STREET
COURT HOUSE
BROOKVILLE, PA 15825
PHONE: 814-849-1646

May 12, 2020

In Re:                                                   Bankruptcy Case No. 20-20905-CMB: Chapter 13

DAVID W STEBBINS, Debtor               

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY JEFFERSON COUNTY TAX CLAIM BUREAU

The Jefferson County Tax Claim Bureau requests your honorable bankruptcy court to withdrawal the Proof of Claim entered on May 5th, 2020 at 3:03 pm, filed by the Jefferson County Tax Claim Bureau. Court Claim #7.   The Jefferson County Tax Claim Bureau made an error in filing the proof of claim form twice.  Please accept my sincere apology for this error.

RESPECTFULLY SUBMITTED,

*Susan L. Seigworth*
Susan L. Seigworth
Director of Jefferson County
Tax Claim Bureau


Cc:
File
Attorney Kenneth Steidl , Attorney for Debtor
Bankruptcy trustee Rhonda J. Winnecour
Jenna Jacobs, Claims Administrator
David W. Stebbins, Debtor

**RECEIVED**

MAY 1 9 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA



**Fill in this information to identify the case:**

Debtor 1: DAVID W STEBBINS

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 20-20905-CMB

RECEIVED
2020 MAY -5 A 3:03
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
JEFFERSON COUNTY TAX CLAIM BUREAU
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
JEFFERSON COUNTY TAX CLAIM BUREAU
Name
200 MAIN STREET COURTHOUSE
Number   Street
BROOKVILLE   PA   15825
City         State       ZIP Code
Contact phone 814-849-1646
Contact email sseigworth@jeffersoncountypa.com

Where should payments to the creditor be sent? (if different)
Name ____
Number  Street ____
City  State  ZIP Code
Contact phone ____
Contact email ____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
01-161-0109

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) ____  Filed on ____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ____

Official Form 410               Proof of Claim               page 1