**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID W. STEBBINS** ) | Case No.   20-20905-CMB |
| **fdba ARROWHEAD LODGINGS** ) | |
| Debtor(s).  ) | **Chapter 13** |
| ) | |
| ) | **Document No.** ____ |
| **ECONOMY BOROUGH** ) | |
| **MUNICIPAL AUTHORITY** ) | |
| ) | |
| Movant(s),  ) | |
| ) | |
| v.   ) | |
| ) | |
| **No Respondents.**   ) | |

### ENTRY OF APPEARANCE AND REQUESTS FOR NOTICES

TO:    Clerk of Courts

Kindly enter the appearance of Jeffrey J. Sikirica, Esquire on behalf of the Economy Borough Municipal Authority in the above captioned matter.

Respectfully submitted,

Dated: 09/04/2020

*/s/ Jeffrey J. Sikirica*
Jeffrey J. Sikirica, Esquire
 PA. I.D. No.   36745
121 Northbrook Drive
Gibsonia, PA 15044
T: (724) 625-2566
F: (724) 625-4611
sikiricalaw@zoominternet.net

**COUNSEL FOR DEBTOR**