**PROCEEDING MEMO**

**Date: 09/09/2020 10:30 am**

**In re:** David W. Stebbins

          Bankruptcy No. 20-20905-CMB
          Chapter: 13
          Doc. # 32

**Telephonic Appearances:** Julie Steidl

**Nature of Proceeding:** #32 Application To Employ Special Counsel For Debtor's Whistleblower Cases

**Additional Pleadings:** Certificate of Service; #36 CNO

**Judge's Notes:**

Court:
-debtor to file a modified order including language that requires court approval of any co-counsel retained
-due by 9/15/20

          **Carlota Böhm**
          **Chief U.S. Bankruptcy Judge**

FILED
9/10/20 7:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA