IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 20-20905 CMB |
| David W. Stebbins ) | Chapter 13 |
| fbda Arrowhead Lodgings, ) | Docket No. |
| Debtor(s) ) | |
| ) | |
| ) | Related to Doc. No. 32 |
| David W. Stebbins ) | |
| fbda Arrowhead Lodgings, ) | |
| Movant(s) ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| *Respondent(s)* ) | |

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this 11th day of September, 2020, upon consideration of the ***APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL FOR THE DEBTOR'S WHISLEBLOWER CASES***, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Michael J. Betts, Esquire and Michael J. Betts, LLC at 235 Alpha Drive, Suite 301B, Pittsburgh, PA 15238 is hereby appointed as *Special Counsel* for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a whistleblower cases as referenced to in the foregoing Motion/Application, *provided however,* no settlement of any claim is to occur without prior Court Order after notice and hearing.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances , the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

       5.     Retention of Co-counsel or other professionals outside of the special counsel's firm are required to be approved by this Honorable Court.

       6.     *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____
Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

**cc: Debtor**
    **Counsel**
    **Office of the U.S. Trustee**

FILED
9/11/20 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David W. Stebbins
    Debtor

Case No. 20-20905-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 1     Date Rcvd: Sep 11, 2020
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
db         +David W. Stebbins,    1100 Love Street,    Pittsburgh, PA 15218-1157
sp         +Michael J Betts,    235 Alpha Drive,    Suite 301B,    Pittsburgh, PA 15238-2940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
           David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
            raphaeld@fnb-corp.com
           James Warmbrodt    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
           Jeffrey Sikirica    sikiricalaw@zoominternet.net
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jerome B. Blank    on behalf of Creditor    Newrez LLC D/B/A Shellpoint Mortgage Servicing
            pawb@fedphe.com
           Kenneth Steidl    on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com,
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
           Mario J. Hanyon    on behalf of Creditor    Jpmorgan Chase Bank, National Association
            pawb@fedphe.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                    TOTAL: 11