IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 20-20905 CMB |
| David W. Stebbins ) | Chapter 13 |
| fbda Arrowhead Lodgings, ) | Related Docket No. 40 |
|    Debtor(s) ) | |
| ) | |
| ) | |
| David W. Stebbins ) | |
| fbda Arrowhead Lodgings, ) | |
|    Movant(s) ) | |
| ) | |
|    Vs. ) | |
| ) | |
| No Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL FOR DEBTOR'S WHISTLEBLOWER CASES

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 14, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Served on Mailing Matrix

Michael J. Betts, Esquire
Michael J. Betts, LLC
235 Alpha Drive, Suite 301B
Pittsburgh, PA 15238


CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

|  | Respectfully submitted, |
|---|---|
| September 14, 2020 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
|  | Attorney for the Debtor(s) |
|  | STEIDL & STEINBERG |
|  | Suite 2830 – Gulf Tower |
|  | 707 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | ken.steidl@steidl-steinberg.com |
|  | PA I.D. No. 34965 |

Case 20-20905-CMB    Doc 42    Filed 09/14/20    Entered 09/14/20 10:58:08    Desc Main
Document      Page 3 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20905-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Aug  6 14:16:33 EDT 2020 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 | AmeriHome Mortgage<br>1 Baxter Way<br>Suite 300<br>Thousand Oaks, CA 91362-3888 | AmeriHome Mortgage<br>Po Box 77404<br>Ewing, NJ 08628-6404 |
| Barnett Township Tax Collector<br>150 Route 899<br>Clarington, PA 15828-2224 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 | Burford & Henry Real Estate Services<br>10189 Route 322<br>Shippenville, PA 16254-8651 |
| Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 |
| City & School District of Pittsburgh<br>Treasurer - City of Pgh.<br>414 Grant Street<br>Attn: Bankruptcy<br>Pittsburgh, PA 15219-2476 | City and School District of Pittsburgh<br>GRB Law<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | City of Pittsburgh & School District of Pitt<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 |
| Clarion County Tax Claim Bureau<br>330 Main Street, Room 101<br>Clarion, PA 16214-1073 | County of Allegheny<br>GRB Law<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | Economy Borough Municipal Authority<br>2860 Conway-Wallrose Road<br>Baden, PA 15005-2396 |
| Farmington Township<br>c/o Nancy Ochs<br>PO Box<br>Lucinda, PA 16235 | First National Bank<br>4140 E State Street<br>Hermitage, PA 16148-3401 | First National Bank<br>Attn: Bankruptcy<br>4140 East State Street<br>Hermitage, PA 16148-3401 |
| First National Bank of Pennsylvania<br>100 Federal Street<br>Pittsburgh, PA 15212-5708 | First United National Bank<br>19535 Route 208, PO Box 7<br>Fryburg PA 16326-0007 | First United National Bank<br>400 Liberty Street<br>Clarion, PA 16214-1011 |

| | | |
|---|---|---|
| Mario J. Hanyon<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Jefferson County Tax Claim Bureau<br>200 Main Street<br>Courthouse<br>Brookville, PA 15825-1271 |
| Jo Wheeler Landscaping<br>1238 Love Street<br>Pittsburgh, PA 15218-1120 | Mark Cassata<br>314 Pennsylvania Ave<br>Irwin, PA 15642-3542 | Millvale Mutual Insurance Co.<br>PO Box 170<br>Millville, PA 17846-0170 |
| NewRez, LLC d/b/a Shellpoint Mortgage Servic<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company*<br>375 North Shore<br>Bankruptcy Division<br>Pittsburgh, PA 15212-5866 | Quest Diagnostics<br>PO Box 7302<br>Hollister, MO 65673-7302 |
| Quest Diagnostics*<br>c/o Patient Bankruptcy Services<br>PO Box 740775<br>Cincinnati, OH 45274-0775 | David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 | David W. Stebbins<br>1100 Love Street<br>Pittsburgh, PA 15218-1157 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | William and Carol Logsdon<br>c/o William Logsdon<br>1106 Love Street<br>Pittsburgh, PA 15218-1157 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Mortgage<br>700 Kansas Lane<br>Monroe, LA 71203 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriHome Mortgage Company, LLC | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)Jefferson County Tax Claim Bureau<br>200 Main Street Courthouse<br>Brookville, PA 15825-1271 |
| (u)Jpmorgan Chase Bank, National Association | (u)Newrez LLC D/B/A Shellpoint Mortgage Servi | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     5<br>Total                  53 |