# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DAVID W. STEBBINS
- Case Number: 20-20905-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, NOVEMBER 19, 2020 01:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
11/30/20 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#11 – Final Confirmation of Plan Dated 3/10/2020 (NFC)
R/M #: 11 / 0

**Appearances:**

Debtor: J. Steidl
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
Creditor: Jeff Hunt — Allegh. Cnty
         Cty + SD Pgh

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/28/21 at 9:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

Cont'd for sale