IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| DAVID W. STEBBINS, ) | |
| ) | Case No.: 20-20905-CMB |
| Debtor. ) | |
| _____ ) | |
| ) | |
| COUNTY OF ALLEGHENY, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| DAVID W. STEBBINS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## **WITHDRAWAL OF PROOF OF CLAIM #14**

    AND NOW, comes the City of Pittsburgh and School District of Pittsburgh, secured creditors in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby file their withdrawal of Proof of Claim #14-1 filed on July 23, 2020 in the amount of $15,007.06 for delinquent real estate taxes for the Parcel No. 129-G-103, for tax years 2012-2016 and 2020. The within Claim is being withdrawn because it was filed in error as the debtor does not own the subject property.

Dated:  12/03/2020

Respectfully Submitted,

GRB Law,

    /s/ Jeffrey R. Hunt

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
Frick Building, 14th Floor
437 Grant Street
Pittsburgh, PA  15219
(412) 281-0587
Attorney for Movant
jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| DAVID W. STEBBINS, ) | |
| ) | Case No.: 20-20905-CMB |
| Debtor. ) | |
| _____ ) | |
| ) | |
| COUNTY OF ALLEGHENY, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| DAVID W. STEBBINS, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #14 has been served this 3rd day of December, 2020 by first-class United States mail, postage prepaid, upon:

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

GRB Law,

/s/ Jeffrey R. Hunt

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com