IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| DAVID W. STEBBINS, | ) | |
| | ) | Case No.: 20-20905-CMB |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| COUNTY OF ALLEGHENY, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| DAVID W. STEBBINS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## WITHDRAWAL OF PROOF OF CLAIM #15

AND NOW, comes the County of Allegheny, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #15-1 filed on July 23, 2020 in the amount of $4,708.64 for delinquent real estate taxes for the Parcel No. 129-G-103, for tax years 2012-2015, 2019-2020. The within Claim is being withdrawn because it was filed in error as the debtor does not own the subject property.

Dated: 12/03/2020                                        Respectfully Submitted,

                                                         GRB Law,

                                                             /s/ Jeffrey R. Hunt

                                                         Jeffrey R. Hunt, Esquire
                                                         Pa. I.D. #90342
                                                         Frick Building, 14th Floor
                                                         437 Grant Street
                                                         Pittsburgh, PA  15219
                                                         (412) 281-0587
                                                         Attorney for Movant
                                                         jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )    Chapter 13
DAVID W. STEBBINS,                              )
                                                )    Case No.: 20-20905-CMB
                        Debtor.                 )
_____                 )
                                                )
COUNTY OF ALLEGHENY,                            )
                                                )
                        Movant,                 )
            v.                                   )
                                                )
DAVID W. STEBBINS,                              )
                                                )
                        Respondent.             )

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing

WITHDRAWAL OF PROOF OF CLAIM #15 has been served this 3rd day of December, 2020

by first-class United States mail, postage prepaid, upon:

Kenneth Steidl, Esquire                    Ronda J. Winnecour, Esquire
Steidl & Steinberg                         Suite 3250, USX Tower
Suite 2830 Gulf Tower                      600 Grant Street
707 Grant Street                           Pittsburgh, PA 15219
Pittsburgh, PA 15219
                                           Office of the United States Trustee
                                           Suite 970, Liberty Center
                                           1001 Liberty Avenue
                                           Pittsburgh, PA 15222

                                           GRB Law,

                                           /s/ Jeffrey R. Hunt

                                           Jeffrey R. Hunt, Esquire
                                           Pa. I.D. #90342
                                           437 Grant Street, 14th Floor
                                           Pittsburgh, PA 15219-6107
                                           (412)281-0587
                                           Attorney for Movant
                                           jhunt@grblaw.com