IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 20-20905 CMB |
| David W. Stebbins ) | Chapter 13 |
| fbda Arrowhead Lodgings, ) | Related Docket No. 50 |
| Debtor(s) ) | |
| ) | |

## CERTIFICATE OF SERVICE OF ORDER APPROVING REALTOR/BROKER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) December 10, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Maxine Solomon
Berkshire Hathaway Home Services
5801 Forbes Avenue
Pittsburgh, PA 15217

NewRez, LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

**Jerome B. Blank**
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Philadelphia, PA 19103

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of U.S. Trustee

                                                          Respectfully submitted,

December 10, 2020                            /s/ Kenneth Steidl
DATE                                                Kenneth Steidl, Esquire
                                                      Attorney for the Debtor(s)
                                                      STEIDL & STEINBERG
                                                      Suite 2830 – Gulf Tower
                                                      707 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 391-8000
                                                      ken.steidl@steidl-steinberg.com
                                                      PA I.D. No. 34965