IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No. 20-20905 CMB |
| David W. Stebbins | Chapter 13 |
| fbda Arrowhead Lodgings, | Docket No. |
|     Debtor(s) | |
| | Related to Doc. No. 44 |
| David W. Stebbins | |
| fbda Arrowhead Lodgings, | |
|     Movant(s) | |
| vs. | **ENTERED BY DEFAULT** |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
|     Respondent(s) | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, to wit, this  9th  day of  December , 20 20 , upon consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Maxine Solomon and Berkshire Hathaway Home Services is hereby appointed as *Realtor* in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 1245 Goodman Street Pittsburgh, PA 15218. A realtor commission in the amount of 6% on the sale price is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to

perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

FILED
12/9/20 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm         dmr
Chief United States Bankruptcy Court Judge

CC:
**Trustee**
**Debtor**
**Counsel for the Debtor**
**Realtor/Broker**
**Office of the U.S. Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20905-CMB |
| David W. Stebbins | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID          Recipient Name and Address**
+    Maxine Solomon, Berkshire Hathaway, 5801 Forbes Ave, Pittsburgh, PA 15217-1601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
r                             Maxine Solomon, Berkshire Hathaway Home Services

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                 on behalf of Creditor AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com

David W. Raphael
                 on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Jeffrey Sikirica
                 sikiricalaw@zoominternet.net

Jeffrey R. Hunt
                 on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

            on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
            on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing pawb@fedphe.com

Kenneth Steidl
            on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
            on behalf of Creditor Jpmorgan Chase Bank  National Association mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

TOTAL: 11