# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DAVID W. STEBBINS
- Case Number: 20-20905-CMB   Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 28, 2021 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
2/3/21 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#11 - Continued Confirmation of Plan Dated 3/10/2020 (NFC)
R / M #: 11 / 0

**Appearances:**   A. Steidl

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: Jef Hunt: County of Allegheny

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 5-27-21 at 10:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

Plan depends on sale of property. Will fail if sale unsuccessful.

1/20/2021   2:20:45PM