## Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* }
} *SS:*
*County of Allegheny,* }

I, Sharon Antill, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

### Apr 16, 2021

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

_April 16, 2021_
Date

_Sharon Antill_
Notary Public

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: David W. Stebbins
FBDA Arrowhead Lodgings
Bankruptcy Number: 20-20905 CMB
Notice of Sale to Creditors and Other Parties in Interest

Notice is hereby given that Kenneth Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtor, David W. Stebbins, has received an offer of $178,000.00 for the Debtor's real property being known as 1245 Goodman Street, Pittsburgh, PA 15218 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in ZOOM Video Conference on May 11, 2021 at 1:30 PM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Kenneth Steidl, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.
21-01487 Apr 16, 2021

Commonwealth of Pennsylvania - Notary Seal
Sharon Antill, Notary Public
Allegheny County
My commission expires September 23, 2024
Commission number 1377002
Member, Pennsylvania Association of Notaries

Alyssa Fehl
Steidl & Steinberg
Gulf Tower
707 Grant St., Ste. 2830
Pittsburgh, PA 15219-2105

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates. . . $234.60
Proof Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $234.60

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 21-01487