# PROCEEDING MEMO

**Date: 05/11/2021 01:30 pm**

**In re:   David W. Stebbins**

**Bankruptcy No. 20-20905-CMB**
**Chapter: 13**
**Doc. # 55**

**Appearances: Kate DeSimone, Chris Frye**

**Nature of Proceeding: #55 Motion to Sell Real Estate Free and Clear of Liens**

**Additional Pleadings: #58 Proof of Publication in Pittsburgh Post Gazette, #59 CNO; #60 Proof of Publication in Pittsburgh Legal Journal**

**Judge's Notes:**

-Frye: Prospective buyer is SFR3-000 LLC. Property was listed by a court-approved real estate agent for $190,000. Offer is for $178,000. Realtor and Debtor believe this is a fair price. Sale proposes to pay mortgage in full, realtor commission, legal fees, court filing fees, advertising fees, and Debtor's exemption. All additional proceeds will be paid to the Trustee. Sale was properly advertised. Have complied with all rules. Have not received any objections or higher/better offers. Filed an order yesterday that is completely filled in.
OUTCOME:
-There were no other interested buyers present and no objections to the sale. There were no higher or better offers.
-Court finds the buyer to be a good-faith purchaser. Sale complies with the standards set forth in *In re Abbotts Dairies*. Sale is confirmed. Order will be entered.

FILED
5/11/21 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**