IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 20-20905 CMB |
| David W. Stebbins | ) | Chapter 13 |
| fbda Arrowhead Lodgings, | ) | Related Docket No. 63 |
| Debtor(s) | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND CLEAR OF LIENS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) May 12, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

New Rez
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0675

Maxine Solomon
Berkshire Hathaway Home Services
5801 Forbes Avenue
Pittsburgh, PA 15217

SFR3-000 LLC
500 Westover Drive #14104
Sanford, NC 27330

Daniel Seigel/Bill Burleson
Keller Williams
455 Cochran Road
Pittsburgh, PA 15228

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Respectfully submitted,

May 12, 2021

DATE

/s/ Kenneth Steidl

Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965