# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** DAVID W. STEBBINS
- **Case Number:** 20-20905-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 27, 2021  10:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/1/21 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#11 - Final Confirmation of Plan Dated 3/10/2020 (NFC)
R / M #:  11 / 0

### *Appearances:*

- Debtor: Julie Steidl
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Hunt  Allegheny County & Pgh City & SD

Con't for sale closing

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __7/15/21__ at __1:00 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/17/2021  10:12:41 AM