Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy Case No.: 20−20905−CMB

                                                          Chapter: 13
                                                          Docket No.: 70 − 69
                                                          Conciliation Conference Date: 8/12/21 at 09:00 AM

**David W. Stebbins**
**fdba Arrowhead Lodgings**
     Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that
on the ____13th____ day of ____July____, __2021__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

　　　　First Class Mail

on the respondent(s) at (list names and addresses here):
　　　See Attached Mailing Matrix

Executed on ____July 13, 2021____      ____/s/ Todd Thomas____
　　　　　　　　　(Date)　　　　　　　　　　　　　　(Signature)
Todd Thomas  Stedl & Steiunberg, P.C.  707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Ally Bank                                 Ally Bank, c/o AIS Portfolio Services, LP
0315-2                                   PO Box 130424                             4515 N Santa Fe Ave. Dept. APS
Case 20-20905-CMB                        Roseville MN 55113-0004                   Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Jul 13 11:59:02 EDT 2021

Ally Financial                           Ally Financial                            AmeriHome Mortgage
Attn: Bankruptcy                         P.o. Box 380901                           1 Baxter Way
Po Box 380901                            Bloomington, MN 55438-0901                Suite 300
Bloomington, MN 55438-0901                                                         Thousand Oaks, CA 91362-3888


AmeriHome Mortgage                       Barnett Township Tax Collector            Michael J Betts
Po Box 77404                             150 Route 899                             235 Alpha Drive
Ewing, NJ 08628-6404                     Clarington, PA 15828-2224                 Suite 301B
                                                                                   Pittsburgh, PA 15238-2940


Jerome B. Blank                          Burford & Henry Real Estate Services      Cenlar FSB
Phelan Hallinan Diamond & Jones, LLP     10189 Route 322                           425 Phillips Blvd
1617 JFK Boulevard                       Shippenville, PA 16254-8651               Ewing, NJ 08618-1430
Philadelphia, PA 19103-1821


(p)JPMORGAN CHASE BANK  N A              Chase Mortgage                            City & School District of Pittsburgh
BANKRUPTCY MAIL INTAKE TEAM              Chase Records Center/Attn: Correspondenc  Treasurer - City of Pgh.
700 KANSAS LANE FLOOR 01                 Mail Code LA4 5555   700 Kansas Ln        414 Grant Street
MONROE LA 71203-4774                     Monroe, LA 71203                          Attn: Bankruptcy
                                                                                   Pittsburgh, PA 15219-2476

City and School District of Pittsburgh   City of Pittsburgh & School District of Pitt  (p)CLARION COUNTY TAX CLAIM BUREAU
GRB Law                                  GRB Law                                   421 MAIN STREET SUITE 22
437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire              CLARION PA 16214-1057
Frick Building                           437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101                Frick Building
                                         Pittsburgh PA 15219-6101

County of Allegheny                      County of Allegheny                       Discover Bank
GRB Law                                  GRB Law                                   Discover Products Inc
437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire              PO Box 3025
Frick Building                           437 Grant Street, 14th Floor              New Albany, OH  43054-3025
Pittsburgh, PA 15219-6101                Frick Building
                                         Pittsburgh PA 15219-6101

Discover Financial                       (p)DISCOVER FINANCIAL SERVICES LLC        Duquesne Light Company
Attn: Bankruptcy                         PO BOX 3025                               c/o Bernstein-Burkley, P.C.
Po Box 3025                              NEW ALBANY OH 43054-3025                  707 Grant Street, Suite 2200, Gulf Tower
New Albany, OH 43054-3025                                                          Pittsburgh, PA 15219-1945


Keri P. Ebeck                            Economy Borough Municipal Authority       Farmington Township
Bernstein-Burkley                        2860 Conway-Wallrose Road                 c/o Nancy Ochs
707 Grant Street                         Baden, PA 15005-2396                      PO Box
Suite 2200 Gulf Tower                                                              Lucinda, PA 16235
Pittsburgh, PA 15219-1945


First National Bank                      First National Bank                       First National Bank of Pennsylvania
4140 E State Street                      Attn: Bankruptcy                          100 Federal Street
Hermitage, PA 16148-3401                 4140 East State Street                    Pittsburgh, PA 15212-5708
                                         Hermitage, PA 16148-3401
```

| | | |
|---|---|---|
| First United National Bank<br>19535 Route 208, PO Box 7<br>Fryburg PA 16326-0007 | First United National Bank<br>400 Liberty Street<br>Clarion, PA 16214-1011 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Jefferson County Tax Claim Bureau<br>200 Main Street<br>Courthouse<br>Brookville, PA 15825-1271 | Jo Wheeler Landscaping<br>1238 Love Street<br>Pittsburgh, PA 15218-1120 |
| Mark Cassata<br>314 Pennsylvania Ave<br>Irwin, PA 15642-3542 | Millvale Mutual Insurance Co.<br>PO Box 170<br>Millville, PA 17846-0170 | NewRez, LLC d/b/a Shellpoint Mortgage Servic<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Peoples Natural Gas Company*<br>375 North Shore<br>Bankruptcy Division<br>Pittsburgh, PA 15212-5866 |
| Quest Diagnostics<br>PO Box 7302<br>Hollister, MO 65673-7302 | Quest Diagnostics*<br>c/o Patient Bankruptcy Services<br>PO Box 740775<br>Cincinnati, OH 45274-0775 | David W. Raphael<br>First National Bank<br>100 Federal Street - 4th Floor<br>Pittsburgh, PA 15212-5711 |
| Jeffrey Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044-8983 | David W. Stebbins<br>1100 Love Street<br>Pittsburgh, PA 15218-1157 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | William and Carol Logsdon<br>c/o William Logsdon<br>1106 Love Street<br>Pittsburgh, PA 15218-1157 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Mortgage<br>700 Kansas Lane<br>Monroe, LA 71203 | Clarion County Tax Claim Bureau<br>330 Main Street, Room 101<br>Clarion, PA 16214 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriHome Mortgage Company, LLC | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)Jefferson County Tax Claim Bureau<br>200 Main Street Courthouse<br>Brookville, PA 15825-1271 |
| (u)Jpmorgan Chase Bank, National Association | (u)Newrez LLC D/B/A Shellpoint Mortgage Servi | (u)Maxine Solomon<br>Berkshire Hathaway Home Services |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     6
Total                  59