# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David W. Stebbins fdba Arrowhead Lodgings<br>                            Debtor<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>                            Movant<br>            vs.<br><br>David W. Stebbins fdba Arrowhead Lodgings<br>                            Debtor<br><br>Ronda J. Winnecour, Esquire<br>                            Trustee | CHAPTER 13<br><br><br><br><br>NO. 20-20905 CMB<br><br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the TRANSFER OF CLAIM for Claim 12 filed by AMERIHOME MORTGAGE COMPANY, LLC to LAKEVIEW LOAN SERVICING, LLC, on or about July 28, 2021 (Doc. No. 74).

                                                            Respectfully submitted,


                                                            */s/ Maria Miksich, Esquire*
                                                            Maria Miksich, Esquire
                                                            Attorney I.D. No. 319383
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            412-430-3589