# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David W. Stebbins fdba Arrowhead Lodgings<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs. | NO. 20-20905 CMB |
| David W. Stebbins fdba Arrowhead Lodgings<br>　　　　　　　　　　Debtor | |
| Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362<br>Related to Doc. No. 79 |

## ORDER OF COURT

And on this __9th__ day of __August__, 2021, it is hereby ORDERED that the TRANSFER OF CLAIM for Claim 12 filed by AMERIHOME MORTGAGE COMPANY, LLC to LAKEVIEW LOAN SERVICING, LLC, on or about July 28, 2021 (Doc. No. 74), is hereby WITHDRAWN.

　　　　　　　　　　By the Court,

FILED
8/9/21 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　　　　　　　　_____  dmr
　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20905-CMB |
| David W. Stebbins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David W. Stebbins, 1100 Love Street, Pittsburgh, PA 15218-1157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jeffrey Sikirica | sikiricalaw@zoominternet.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor AmeriHome Mortgage Company  LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Jpmorgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 14