**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/23/2021

IN RE:

DAVID W. STEBBINS
1100 LOVE STREET
PITTSBURGH, PA 15218
XXX-XX-9854        Debtor(s)

Case No.20-20905 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/23/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DAVID W RAPHAEL ESQ**<br>FIRST NATIONAL BANK OF PA<br>100 FEDERAL ST 4TH FL<br>PITTSBURGH, PA 15212 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERIHOME MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:5  INT %: 6.00%<br>Court Claim Number:8<br>CLAIM: 15,847.78<br>COMMENT: $CL-PL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6016 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY<br>PO BOX 77409<br>EWING, NJ 08628 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: SURR/PL*BGN 4/20*CL=177,321.58*POA@DOC 74 W/DRAWN-DOC 80*FR AMERIHO | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5513 |
| **JEFFERSON COUNTY TAX CLAIM BUREAU**<br>COURTHOUSE<br>200 MAIN ST<br>BROOKVILLE, PA 15825 | Trustee Claim Number:7  INT %: 9.00%<br>Court Claim Number:4<br>CLAIM: 4,060.26<br>COMMENT: 01-161-0109;18,19*$/PL-CL*9%/PL-CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0109 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:11-2<br>CLAIM: 0.00<br>COMMENT: SOLD/PL*904.52x(60+2)=LMT*CHASE MTG/SCH*$112,895.63/CL*AMD | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1076 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 0129-H-00111-0000-00*$SLNT/AMD PL*19/SCH-PL*SOLD/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **ECONOMY BOROUGH MUNICIPAL AUTH**<br>2860 CONWAY WALLROSE RD<br>BADEN, PA 15005 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$959*MUNIC LIEN~DLQNT SWR CHARGES | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4102 |

| | | |
|---|---|---|
| **FARMINGTON TWP - R/E TAX**<br>C/O N MELLON CURR YR TX CLLCTR<br>POB 320<br><br>LEEPER, PA  16233 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*18-19/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5000 |
| **FIRST UNITED NATIONAL BANK**<br>PO BOX 7<br><br>FRYBURG, PA  16326 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:NC<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*NT ADR/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  3123 |
| **CLARION COUNTY TAX CLAIM BUREAU***<br>421 MAIN ST - SUITE  22<br><br>CLARION, PA  16214 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BURFORD AND HENRY REALTY**<br>10189 US RTE 322<br><br>SHIPPENVILLE, PA  16254 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  3,665.27<br>COMMENT:  MONEY LOANED/SVCS PERFORMED*NO POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  8,467.06<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9341 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0818 |
| **FIRST UNITED NATIONAL BANK**<br>19535 ROUTE 208<br>PO BOX 7<br><br>FRYBURG, PA  16326 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  2,494.74<br>COMMENT:  X5490/SCH*INSTALLMENT LOAN*INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4590 |
| **JO WHEELER LANDSCAPING**<br>1238 LOVE ST<br><br>PITTSBURGH, PA  15218 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MARK CASSATA**<br>314 PENNSYLVANIA AVE<br><br>IRWIN, PA  15642 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MILLVALE MUTUAL INSURANCE**<br>PO BOX 170<br><br>MILLVALE, PA  17816 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1791 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9146 |
| **QUEST DIAGNOSTIC** <br> 7629 MARKET ST <br> YOUNGSTOWN, OH  44512 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2417 |
| **WILLIAM AND CAROL LOGSDON** <br> 1106 LOVE ST <br> PITTSBURGH, PA  15218 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 18,600.00 <br> COMMENT: PERSONAL LOAN*INSUFF POD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **JACQUELINE MATEY** <br> 110 LOVE ST <br> PITTSBURGH, PA  15218 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)** <br> LOAN ADJUSTMENT DEPT* <br> 4140 E STATE ST <br> HERMITAGE, PA  16148 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 0.00 <br> COMMENT: RS/OE*14,043.26/CL*NT/SCH*SURR/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7685 |
| **CLARION COUNTY TAX CLAIM BUREAU*** <br> 421 MAIN ST - SUITE  22 <br> CLARION, PA  16214 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 5-2 <br> CLAIM: 0.00 <br> COMMENT: 10-032-035-000-00;18,19*SURR/PL*NT/SCH*$3,552.32/CL*AMD | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 0000 |
| **ALLY BANK(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ  85062-8367 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: PIF@5*ARRS/CL=$965.29 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 6016 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 11-2 <br> CLAIM: 0.00 <br> COMMENT: $10986.70/CL*SOLD/PL*CHASE MTG/SCH*AMD | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 1076 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O CENLAR FSB(*) <br> ATTN BANKRUPTCY <br> PO BOX 77409 <br> EWING, NJ  08628 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 0.00 <br> COMMENT: SURR/PL*THRU 3/20*CL=5076.18*POA @ DOC 74 W/DRAWN-DOC 80*FR AMERIHOI | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5513 |
| **JEFFERSON COUNTY TAX CLAIM BUREAU** <br> COURTHOUSE <br> 200 MAIN ST <br> BROOKVILLE, PA  15825 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 0.00 <br> COMMENT: DUP OF CL 4 @ 4116.26: W/DRAWN-DOC 26 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 0109 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 36.74<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4553 |
| **DUQUESNE LIGHT COMPANY\***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,155.90<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6344 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT: 129-G-103;12-15,19,20*PROP NT PROV/PL*WNTS 10%*W/34*CL@$10,156.17 W/D~D | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G103 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 0.00<br>COMMENT: 129-G-103;12-15,19,20*NON%*PROP NT PROV/PL*W/33*CL@$4850.89 W/D~DOC 47 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G103 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 0.00<br>COMMENT: 129-G-103;12-15,19,20*NT/SCH-PL*WNTS 12%*W/36*CL @ 2805.77 W/DRAWN-DOC | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G103 |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 0.00<br>COMMENT: 129-G-103;12-15,19,20*NON%*NT/SCH-PL*W/35*CL @ 1902.87 W/DRAWN-DOC 48 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G103 |
| **JEFFREY J SIKIRICA ESQ**<br>121 NORTHBROOK DR<br>GIBSONIA, PA 15044 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ECONOMY BORO MNCPL AUTH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ\*\***<br>GRB LAW<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399\*\***<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 1,001.92<br>COMMENT: SEE DKT FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |