# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David W. Stebbins fdba Arrowhead Lodgings<br>Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>v.<br>David W. Stebbins fdba Arrowhead Lodgings<br>Respondent<br>Jacqueline Matey<br>Co-Respondent<br>and<br>Ronda J. Winnecour, Esquire<br>Additional Respondent | CHAPTER 13<br>BK NO: 20-20905 CMB |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on <u>November 17, 2021</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Kenneth Steidl, Esquire
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

David W. Stebbins fdba Arrowhead Lodgings
1100 Love Street
Pittsburgh, PA 15218

Jacqueline Matey
340 Freedom Road
Freedom, PA 15042

Method of Service:    Mail <u>first class</u>; Specify if other:

Date: <u>November 17, 2021</u>

<u>**/s/ Maria Miksich, Esquire**</u>
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3589
mmiksich@kmllawgroup.com
Attorney for Movant/Applicant