FILED
1/22/25 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|   ALL CASES IN WHICH JEFFREY R. : | DOCKET NO.  25-201-GLT |
|   HUNT OR GRB LAW : | |
|   IS ATTORNEY OF RECORD : | |
|   FOR THE CITY OF PITTSBURGH : | |
| : | |
| : | Related to Docket No. 3 |
| : | |
| : | |
| KERI P. EBECK AND : | |
| JEFFREY R. HUNT : | |
|     MOVANTS : | |

## ORDER

Upon consideration of Movants' Omnibus Motion to Substitute Counsel, it is hereby GRANTED.

All cases where Jeffrey Hunt or GBR Law has entered their appearance on behalf of City of Pittsburgh, shall be substituted with Keri P. Ebeck of Bernstein-Burkley on behalf of the City of Pittsburgh.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court