IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David W. Stebbins, | ) | Bankruptcy No. 20-20905 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the United States Trustee and Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF DAVID W. STEBBINS**

To All Creditors and Parties in Interest:

1. Applicant represents the debtor, David W. Stebbins. This is a final application for the period February 11, 2020, to March 6, 2025.
2. Previous retainer paid to Applicant: $600.00
3. Previous interim compensation allowed to Applicant: $3,400.00
4. Applicant requests additional:
    a. Compensation of $1,515.00
    b. Reimbursement of Expenses of $0.00

5. A hearing on the Application will be held before the Honorable Carlota M. Bohm in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 or via Zoom (https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf) at 1:30pm on April 2, 2025.

6. Any written objections must be filed with the court and served on the Applicant on or before March 24, 2025, (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the Applicant.

| | |
|---|---|
| Date of service: March 6, 2025 | /s/ Christopher M. Frye |
| | Christopher M. Frye, Esquire |
| | Steidl & Steinberg, P.C. |
| | 436 Seventh Avenue, Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | PA I.D. No 208402 |
| | chris.frye@steidl-steinberg.com |

(Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. 4. A certificate of service shall be filed with this Notice and the application.)