IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| David W. Stebbins, | ) | Bankruptcy No. 20-20905 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 100, 103 |
| | ) | |
| David W. Stebbins, | ) | Hearing Date and Time: |
| | ) | April 2, 2025 at 1:30 pm |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the United States Trustee and Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FOR COUNSEL FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation for Counsel for the Debtor filed on March 6, 2025 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation for Counsel for the Debtor appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Compensation for Counsel for the Debtor were to be filed and served no later than March 24, 2025.

It is hereby respectfully requested that the Order attached to the Application for Compensation for Counsel for the Debtor be entered by the Court.

Respectfully submitted,

March 25, 2025  /s/Christopher M. Frye_____
Date:  Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Koppers Building, Suite 322
436 Seventh Avenue
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  208402
chris.frye@steidl-steinberg.com