IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
David W. Stebbins, )        Bankruptcy No. 20-20905 CMB
)        Chapter 13
Debtor )        Document No.
)
Steidl & Steinberg, P.C. )        Related to Doc. No. 100
)
Movant )
)
vs. )
)
Office of the United States Trustee and Ronda )
J. Winnecour, Trustee, )        **ENTERED BY DEFAULT**
)
Respondents )

ORDER OF COURT

AND NOW, to-wit this ___26th___ day of ___March___, 2025, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of

   $1,515.00 for work performed in the Chapter 13 case by Debtor's counsel from February

   11, 2020 to March 6, 2025.

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 prior

   to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

   retainer prior to filing and has been paid $3,400.00 by the Chapter 13 Trustee for the

   remainder of the no-look fee. With the approval of this Fee Application, the total amount

   of allowed fees in this case for Debtor's counsel is $5,515.00, provided, however, the

total to be paid through the Plan by the Trustee is $4,915.00, representing the $3,400.00

remainder of the no-look fee as set forth above, and an additional $1,515.00 to be paid

from any funds the Chapter 13 Trustee may have on hand after the goals of the Plan are

achieved, but before a Debtor Refund is issued.

4) The fees requested will not decrease the amount to be paid to other creditors being paid

through the Chapter 13 Plan.

5) The clerk shall record the total compensation as $5,515.00, provided only $4,915.00 is to

be paid through the Trustee under the Plan.

IT IS SO ORDERED:

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
3/26/25 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20905-CMB
David W. Stebbins                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                        Page 1 of 2
Date Rcvd: Mar 26, 2025                 Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

**Recip ID          Recipient Name and Address**
db               +  David W. Stebbins, 1100 Love Street, Pittsburgh, PA 15218-1157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025                 Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

**Name                Email Address**

David W. Raphael
                     on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
                     on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Jeffrey Sikirica
                     sikiricalaw@zoominternet.net

Jeffrey R. Hunt
                     on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
                     on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com  brausch@pincuslaw.com

Kenneth Steidl
                     on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor City and School District of Pittsburgh kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich

on behalf of Creditor AmeriHome Mortgage Company  LLC mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor Jpmorgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 15