Certificate Number: 01721-PAW-DE-039502224

Bankruptcy Case Number: 20-20905



01721-PAW-DE-039502224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2025, at 2:52 o'clock PM EDT, David Stebbins completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 31, 2025

By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor