IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 20-20905-CMB |
| David W. Stebbins ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | Related to Doc. No. 107 |
| vs. ) | |
| David W. Stebbins ) | |
| ) | |
| Respondent(s) ) | |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **May 21, 2025 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-

videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **April 17, 2025.**

| | |
|---|---|
| 3/31/25 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20905-CMB |
| David W. Stebbins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David W. Stebbins, 1100 Love Street, Pittsburgh, PA 15218-1157 |
| 15214795 | + | Barnett Township Tax Collector, 150 Route 899, Clarington, PA 15828-2224 |
| 15214796 | + | Burford & Henry Real Estate Services, 10189 Route 322, Shippenville, PA 16254-8651 |
| 15214800 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Room 101, Clarion, PA 16214 |
| 15214799 | | City & School District of Pittsburgh, Treasurer - City of Pgh., 414 Grant Street, Attn: Bankruptcy, Pittsburgh, PA 15219-2476 |
| 15214803 | + | Economy Borough Municipal Authority, 2860 Conway-Wallrose Road, Baden, PA 15005-2396 |
| 15214804 | | Farmington Township, c/o Nancy Ochs, PO Box, Lucinda, PA 16235 |
| 15249670 | + | First United National Bank, 19535 Route 208, PO Box 7, Fryburg PA 16326-0007 |
| 15214807 | + | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| 15214809 | + | Jefferson County Tax Claim Bureau, 200 Main Street Courthouse, Brookville, PA 15825-1271 |
| 15214810 | + | Jo Wheeler Landscaping, 1238 Love Street, Pittsburgh, PA 15218-1120 |
| 15403900 | | Lakeview Loan Servicing, LLC, C/O CENLAR FSB, 425 Phillips Blvs, Ewing, NJ 08618 |
| 15214811 | | Mark Cassata, 314 Pennsylvania Ave, Irwin, PA 15642-3542 |
| 15214812 | + | Millvale Mutual Insurance Co., PO Box 170, Millville, PA 17846-0170 |
| 15214813 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15214816 | + | William and Carol Logsdon, c/o William Logsdon, 1106 Love Street, Pittsburgh, PA 15218-1157 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 01:56:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 01:44:29 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnjts@grblaw.com | Apr 02 2025 01:40:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + Email/Text: ebnjts@grblaw.com | Apr 02 2025 01:40:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 02 2025 01:40:00 | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Apr 02 2025 01:40:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15219-6101 |
| 15242501 | | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 01:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15214792 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 01:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15214791 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 01:40:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15214793 | ^ | MEBN | Apr 02 2025 01:37:09 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 15214794 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Apr 02 2025 01:40:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15243434 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 02 2025 01:40:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15214798 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2025 01:44:29 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15214797 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2025 01:56:02 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15268629 | + | Email/Text: ebnjts@grblaw.com | Apr 02 2025 01:40:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15268631 | + | Email/Text: ebnjts@grblaw.com | Apr 02 2025 01:40:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15214801 | | Email/Text: mrdiscen@discover.com | Apr 02 2025 01:40:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15218641 | | Email/Text: mrdiscen@discover.com | Apr 02 2025 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214802 | + | Email/Text: mrdiscen@discover.com | Apr 02 2025 01:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15242785 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 02 2025 01:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15214806 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 02 2025 01:40:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15214805 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 02 2025 01:40:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15243380 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2025 01:40:00 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15214814 | | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 02 2025 01:40:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 15214815 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 02 2025 01:40:00 | Quest Diagnostics*, c/o Patient Bankruptcy Services, PO Box 740775, Cincinnati, OH 45274-0775 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC |
| cr | | Jpmorgan Chase Bank, National Association |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| r | | Maxine Solomon, Berkshire Hathaway Home Services |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Jefferson County Tax Claim Bureau, 200 Main Street, Courthouse, Brookville, PA 15825-1271 |
| 15214808 | *+ | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| sp | ##+ | Michael J Betts, 235 Alpha Drive, Suite 301B, Pittsburgh, PA 15238-2940 |

TOTAL: 6 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**           **Email Address**

David W. Raphael
   on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
   on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Jeffrey Sikirica
   sikiricalaw@zoominternet.net

Jeffrey R. Hunt
   on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
   on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com  brausch@pincuslaw.com

Kenneth Steidl
   on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
   on behalf of Creditor City and School District of Pittsburgh kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
   on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Maria Miksich
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Maria Miksich
   on behalf of Creditor AmeriHome Mortgage Company  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
   on behalf of Creditor Jpmorgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 01, 2025 | Form ID: pdf900 | Total Noticed: 41 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15