# PROCEEDING MEMO

**Date:** 05/21/2025 1:30 PM
**In re:** David W. Stebbins

**Bankruptcy No.** 20-20905-CMB
**Chapter:** 13
**Doc. #107**

**Appearances:** Ronda Winnecour, Trustee
Chris Frye, Esq.

**Nature of Proceeding:** #107 Trustee's Motion to Dismiss

**Additional Pleadings:** #111 Answer by Debtor

- Hearing held.

- Matter Withdrawn by Trustee.

FILED
5/22/25 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**