**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>DAVID W. STEBBINS<br><br>Debtor(s) | Case No. 20-20905CMB |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>03/10/2020</u>.

2) The plan was confirmed on <u>06/26/2020</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>08/15/2021</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u> NA </u>.

5) The case was completed on <u>05/15/2025</u>.

6) Number of months from filing or conversion to last payment: <u>62</u>.

7) Number of months case was pending: <u>67</u>.

8) Total value of assets abandoned by court order: <u> NA </u>.

9) Total value of assets exempted: <u>$19,215.85</u>.

10) Amount of unsecured claims discharged without full payment: <u>$17,174.73</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $68,130.23 |
| Less amount refunded to debtor | $34.83 |
| **NET RECEIPTS:** | **$68,095.40** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,915.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,996.06 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,911.06** |
| Attorney fees paid and disclosed by debtor: | $600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY BANK(*) | Secured | 15,472.00 | 15,847.78 | 15,847.78 | 15,847.78 | 3,235.24 |
| ALLY BANK(*) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BURFORD AND HENRY REALTY | Unsecured | 4,000.00 | 3,665.27 | 3,665.27 | 3,665.27 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 3,425.59 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CLARION COUNTY TAX CLAIM BURE | Secured | NA | 3,552.32 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 8,478.00 | 8,467.06 | 8,467.06 | 8,467.06 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 36.74 | 36.74 | 36.74 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 2,155.90 | 2,155.90 | 2,155.90 | 0.00 |
| ECONOMY BOROUGH MUNICIPAL AU | Secured | 823.00 | 959.00 | 0.00 | 0.00 | 0.00 |
| FARMINGTON TOWNSHIP (CLARION | Secured | 3,489.90 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 14,580.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | NA | 14,043.26 | 0.00 | 0.00 | 0.00 |
| FIRST UNITED NATIONAL BANK | Unsecured | 2,796.36 | 2,494.74 | 2,494.74 | 2,494.74 | 0.00 |
| FIRST UNITED NATIONAL BANK | Secured | 92,453.27 | NA | NA | 0.00 | 0.00 |
| JEFFERSON COUNTY TAX CLAIM BU | Secured | 1,236.28 | 4,060.26 | 4,060.26 | 4,060.26 | 1,619.43 |
| JEFFERSON COUNTY TAX CLAIM BU | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JO WHEELER LANDSCAPING | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING | Secured | 0.00 | 5,076.18 | 0.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING | Secured | 175,984.00 | 177,321.58 | 0.00 | 0.00 | 0.00 |
| MARK CASSATA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MILLVALE MUTUAL INSURANCE | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT MC | Secured | 111,555.00 | 112,895.63 | 0.00 | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT MC | Secured | 0.00 | 10,986.70 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 1,226.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC++ | Unsecured | 122.73 | NA | NA | 0.00 | 0.00 |
| RONDA J WINNECOUR PA ID #30399** | Priority | NA | NA | 1,001.92 | 1,001.92 | 0.00 |
| WILLIAM AND CAROL LOGSDON | Unsecured | 18,900.00 | 18,600.00 | 18,600.00 | 18,600.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,847.78 | $15,847.78 | $3,235.24 |
| All Other Secured | $4,060.26 | $4,060.26 | $1,619.43 |
| **TOTAL SECURED:** | **$19,908.04** | **$19,908.04** | **$4,854.67** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,001.92 | $1,001.92 | $0.00 |
| **TOTAL PRIORITY:** | **$1,001.92** | **$1,001.92** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$35,419.71** | **$35,419.71** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,911.06 |
| Disbursements to Creditors | $61,184.34 |
| **TOTAL DISBURSEMENTS :** | **$68,095.40** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/17/2025                     By: /s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**