**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David W. Stebbins**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9854<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20905–CMB | |

# Order of Discharge                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> David W. Stebbins
> fdba Arrowhead Lodgings

10/16/25                                                                                  **By the court:** <u>Carlota M Bohm</u>
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David W. Stebbins  
    Debtor

Case No. 20-20905-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 16, 2025      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David W. Stebbins, 1100 Love Street, Pittsburgh, PA 15218-1157 |
| 15214795 | + | Barnett Township Tax Collector, 150 Route 899, Clarington, PA 15828-2224 |
| 15214796 | + | Burford & Henry Real Estate Services, 10189 Route 322, Shippenville, PA 16254-8600 |
| 15214800 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Room 101, Clarion, PA 16214 |
| 15214799 | | City & School District of Pittsburgh, Treasurer - City of Pgh., 414 Grant Street, Attn: Bankruptcy, Pittsburgh, PA 15219-2476 |
| 15214803 | + | Economy Borough Municipal Authority, 2860 Conway-Wallrose Road, Baden, PA 15005-2396 |
| 15214804 | | Farmington Township, c/o Nancy Ochs, PO Box, Lucinda, PA 16235 |
| 15214807 | + | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| 15249670 | + | First United National Bank, 19535 Route 208, PO Box 7, Fryburg PA 16326-0007 |
| 15214809 | + | Jefferson County Tax Claim Bureau, 200 Main Street Courthouse, Brookville, PA 15825-1271 |
| 15214810 | + | Jo Wheeler Landscaping, 1238 Love Street, Pittsburgh, PA 15218-1120 |
| 15403900 | | Lakeview Loan Servicing, LLC, C/O CENLAR FSB, 425 Phillips Blvs, Ewing, NJ 08618 |
| 15214811 | | Mark Cassata, 314 Pennsylvania Ave, Irwin, PA 15642-3542 |
| 15214812 | + | Millvale Mutual Insurance Co., PO Box 170, Millville, PA 17846-0170 |
| 15214813 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15214816 | + | William and Carol Logsdon, c/o William Logsdon, 1106 Love Street, Pittsburgh, PA 15218-1157 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 17 2025 04:32:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 17 2025 04:32:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 17 2025 00:37:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2025 00:37:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15242501 | | EDI: GMACFS.COM | Oct 17 2025 04:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15214792 | + | EDI: GMACFS.COM | Oct 17 2025 04:32:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15214791 | + | EDI: GMACFS.COM | Oct 17 2025 04:32:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15214793 | ^ | MEBN | Oct 17 2025 00:32:04 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 15214794 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Oct 17 2025 00:38:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15243434 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 00:38:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15214798 | | EDI: JPMORGANCHASE | Oct 17 2025 04:32:00 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15214797 | + | EDI: JPMORGANCHASE | Oct 17 2025 04:32:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15268629 | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15268631 | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15214801 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15218641 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214802 | + | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15242785 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2025 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15214806 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15214805 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15243380 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 00:37:00 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15214814 | | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 17 2025 00:38:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 15214815 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 17 2025 00:38:00 | Quest Diagnostics*, c/o Patient Bankruptcy Services, PO Box 740775, Cincinnati, OH 45274-0775 |

TOTAL: 27

Case 20-20905-CMB    Doc 121    Filed 10/18/25    Entered 10/19/25 00:30:10    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC |
| cr | | Jpmorgan Chase Bank, National Association |
| cr | | Lakeview Loan Servicing LLC |
| r | | Maxine Solomon, Berkshire Hathaway Home Services |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Jefferson County Tax Claim Bureau, 200 Main Street, Courthouse, Brookville, PA 15825-1271 |
| 15214808 | *+ | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| sp | ##+ | Michael J Betts, 235 Alpha Drive, Suite 301B, Pittsburgh, PA 15238-2940 |

TOTAL: 6 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com |
| Jeffrey Sikirica | sikiricalaw@zoominternet.net |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor City and School District of Pittsburgh kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 43 |

Maria Miksich
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor AmeriHome Mortgage Company  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Jpmorgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 15