IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. STEBBINS<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Repondents. | Case No.:20-20905<br><br>Chapter 13<br><br>Document No.: 115<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

    AND NOW, this ___16th___ day of ___October___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/16/25 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_Carlota M. Böhm_ dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David W. Stebbins  
    Debtor

Case No. 20-20905-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 16, 2025      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David W. Stebbins, 1100 Love Street, Pittsburgh, PA 15218-1157 |
| 15214795 | + | Barnett Township Tax Collector, 150 Route 899, Clarington, PA 15828-2224 |
| 15214796 | + | Burford & Henry Real Estate Services, 10189 Route 322, Shippenville, PA 16254-8600 |
| 15214800 | ++ | CLARION COUNTY TAX CLAIM BUREAU, 421 MAIN STREET SUITE 22, CLARION PA 16214-1057 address filed with court:, Clarion County Tax Claim Bureau, 330 Main Street, Room 101, Clarion, PA 16214 |
| 15214799 | | City & School District of Pittsburgh, Treasurer - City of Pgh., 414 Grant Street, Attn: Bankruptcy, Pittsburgh, PA 15219-2476 |
| 15214803 | + | Economy Borough Municipal Authority, 2860 Conway-Wallrose Road, Baden, PA 15005-2396 |
| 15214804 | | Farmington Township, c/o Nancy Ochs, PO Box, Lucinda, PA 16235 |
| 15214807 | + | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| 15249670 | + | First United National Bank, 19535 Route 208, PO Box 7, Fryburg PA 16326-0007 |
| 15214809 | + | Jefferson County Tax Claim Bureau, 200 Main Street Courthouse, Brookville, PA 15825-1271 |
| 15214810 | + | Jo Wheeler Landscaping, 1238 Love Street, Pittsburgh, PA 15218-1120 |
| 15403900 | | Lakeview Loan Servicing, LLC, C/O CENLAR FSB, 425 Philliphs Blvs, Ewing, NJ 08618 |
| 15214811 | | Mark Cassata, 314 Pennsylvania Ave, Irwin, PA 15642-3542 |
| 15214812 | + | Millvale Mutual Insurance Co., PO Box 170, Millville, PA 17846-0170 |
| 15214813 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15214816 | + | William and Carol Logsdon, c/o William Logsdon, 1106 Love Street, Pittsburgh, PA 15218-1157 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 00:56:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 00:41:23 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | City and School District of Pittsburgh, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank of Pennsylvania, 100 Federal Street, Pittsburgh, PA 15212-5708 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2025 00:37:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15219-6101 |
| 15242501 | | Email/Text: ally@ebn.phinsolutions.com | Oct 17 2025 00:37:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15214792 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 17 2025 00:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15214791 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 17 2025 00:37:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15214793 | ^ | MEBN | Oct 17 2025 00:32:06 | AmeriHome Mortgage, Po Box 77404, Ewing, NJ 08628-6404 |
| 15214794 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Oct 17 2025 00:38:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 15243434 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 00:38:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15214798 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 00:56:42 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15214797 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 00:56:25 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15268629 | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | City of Pittsburgh & School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15268631 | + | Email/Text: ebnjts@grblaw.com | Oct 17 2025 00:37:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15214801 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:37:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15218641 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15214802 | + | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15242785 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2025 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15214806 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15214805 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 00:37:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15243380 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 00:37:00 | NewRez, LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15214814 | | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 17 2025 00:38:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 15214815 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 17 2025 00:38:00 | Quest Diagnostics*, c/o Patient Bankruptcy Services, PO Box 740775, Cincinnati, OH 45274-0775 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company, LLC |
| cr | | Jpmorgan Chase Bank, National Association |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| r | | Maxine Solomon, Berkshire Hathaway Home Services |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Jefferson County Tax Claim Bureau, 200 Main Street, Courthouse, Brookville, PA 15825-1271 |
| 15214808 | *+ | First United National Bank, 400 Liberty Street, Clarion, PA 16214-1011 |
| sp | ##+ | Michael J Betts, 235 Alpha Drive, Suite 301B, Pittsburgh, PA 15238-2940 |

TOTAL: 6 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

**Name**            **Email Address**

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com

Jeffrey Sikirica
sikiricalaw@zoominternet.net

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jerome B. Blank
on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jblank@pincuslaw.com brausch@pincuslaw.com

Kenneth Steidl
on behalf of Debtor David W. Stebbins julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor City and School District of Pittsburgh kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor AmeriHome Mortgage Company LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Jpmorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 41 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15